UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN KING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-1233 PLC |
| | ) | |
| JENNIFER SACHSE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's pro se application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. Petitioner has failed to pay the $5 filing fee or file a motion for leave to proceed in forma pauperis. Petitioner will be required to do so prior to proceeding with this action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send petitioner a motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that, no later than twenty-eight (28) days from this Memorandum and Order, petitioner must either pay the $5 filing fee or file a motion for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, the Court may dismiss this action without further proceedings.

Dated this 7th day of April, 2017.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE